UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PATRICK M. MUSALL,**

       **Petitioner,**        Case Number: 05-CV-71625

v.                                            HONORABLE DENISE PAGE HOOD

**KURT JONES,**

       **Respondent.**
_____/

## JUDGMENT

    IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated   May 31, 2006  , this cause of action is DISMISSED WITH PREJUDICE.

    Dated at Detroit, Michigan this   31st   day of   May  , 2006.


                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                              BY:    s/ Wm. F. LEWIS


APPROVED:


s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE